Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
H&P LAW
710 S. 9th Street
Las Vegas, NV 89101
702 598 4529 TEL
702 598 3626 FAX
mhauf@courtroomproven.com
mpfau@courtroomproven.com

Attorneys for Plaintiffs,
*Elaine Braxton and D.N.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| **Elaine Braxton**, individually and as natural parent and guardian of **D.N.**, a minor,<br><br>            Plaintiff,<br>  vs.<br><br>**Clark County School District;** a Political Subdivision of the State of Nevada, **Jesus F. Jara,** in his individual and official capacity; **Kody Barto,** in his individual and official capacity; **Gayle Orvedal,** in her individual and official capacity; **Michelle Brown,** in her individual and official capacity; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>            Defendants. | Case No.: 2:23-00144-JAD-BNW<br><br>**Stipulation and Order to Extend Deadline for Plaintiff to File Response to Defendants' Motion to Partially Dismiss and/or Motion for More Definite Statement**<br><br>ECF Nos. 5, 6 |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, that the **deadline** for Plaintiff to file the response to Defendants' Partial Motion to Dismiss and/or Motion for More Definite Statement (ECF No. 5) be extended from February 16, 2023, **to March 3, 2023.**

This is Plaintiff's first request for an extension. The extension is being requested to accommodate Plaintiffs' counsel's schedule, which does not provide a meaningful opportunity to prepare a response until March 3, 2023. This request is being made in good faith and not for the purpose of delay.

Dated this 1st day of February, 2023.

| H&P Law | Greenberg Traurig, LLP |
|---|---|
| /s/ Marjorie Hauf | /s/ Kara Hendricks |
| _____ | _____ |
| Marjorie Hauf, Esq. | Kara Hendricks, Esq. |
| Nevada Bar No. 8111 | Nevada Bar No. 07743 |
| Attorneys for Plaintiffs | Attorney for Defendants |

IT IS SO ORDERED.

Dated this 13th day of February, 2023.

_____
DISTRICT COURT JUDGE