Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
H&P LAW
710 S. 9th Street
Las Vegas, NV 89101
702 598 4529 TEL
702 598 3626 FAX
mhauf@courtroomproven.com
mpfau@courtroomproven.com

Attorneys for Plaintiffs,
*Elaine Braxton and D.N.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| **Elaine Braxton**, individually and as natural parent and guardian of **D.N.**, a minor,<br><br>Plaintiff,<br><br>vs.<br><br>**Clark County School District;** a Political Subdivision of the State of Nevada, **Jesus F. Jara,** in his individual and official capacity; **Kody Barto,** in his individual and official capacity; **Gayle Orvedal,** in her individual and official capacity; **Michelle Brown,** in her individual and official capacity; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:23-00144-JAD-BNW<br><br>**Stipulation and Order to Extend Deadline for Plaintiff to File Response to Defendants' Partial Motion to Dismiss and/or Motion for More Definite Statement**<br><br>**(2nd Request)**<br><br>ECF No. 8 |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, that the deadline for Plaintiff to file their response to Defendants' Partial Motion to Dismiss and/or Motion for More Definite Statement (ECF No. 5) be extended from March 3, 2023, to March 10, 2023.

This is Plaintiff's second request for an extension. The extension is being requested to accommodate Plaintiffs' counsel's schedule, which does not provide a meaningful opportunity to prepare a response until March 10, 2023. This request is being made in good faith and not for the purpose of delay.

Dated this 28th day of February, 2023.

| H&P Law | Greenberg Traurig, LLP |
|---|---|
| /s/ Marjorie Hauf | /s/ Kara Hendricks |
| _____ | _____ |
| Marjorie Hauf, Esq. | Kara Hendricks, Esq. |
| Nevada Bar No. 8111 | Nevada Bar No. 07743 |
| Attorneys for Plaintiffs | Attorney for Defendants |

IT IS SO ORDERED.

Dated this 1st day of March, 2023.

_____
DISTRICT COURT JUDGE