Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
H&P LAW
710 S. 9th Street
Las Vegas, NV 89101
702 598 4529 TEL
702 598 3626 FAX
mhauf@courtroomproven.com
mpfau@courtroomproven.com

Attorneys for Plaintiffs,
*Elaine Braxton and D.N.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| **Elaine Braxton**, individually and as natural parent and guardian of **D.N.**, a minor,<br><br>                    Plaintiff,<br>  vs.<br><br>**Clark County School District;** a Political Subdivision of the State of Nevada, **Jesus F. Jara,** in his individual and official capacity; **Kody Barto,** in his individual and official capacity; **Gayle Orvedal,** in her individual and official capacity; **Michelle Brown,** in her individual and official capacity; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>                    Defendants.<br>S | Case No.: 2:23-cv-00144-JAD-BNW<br><br>**Stipulation and Order to Extend Deadline for Plaintiff to File Reply in Support to Plaintiffs 'Motion to Permit Elaine Braxton to Obtain a Pre-settlement Loan**<br><br>**(1st Request)**<br><br>ECF No. 25 |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, that the deadline for Plaintiff to file their Reply in

Support to Plaintiffs 'Motion to Permit Elaine Braxton to Obtain a Pre-settlement Loan (ECF 16). Plaintiffs' Reply in Support is currently due today. Plaintiffs are requesting a 3-day extension to accommodate Plaintiffs' counsel's schedule, which does not provide a meaningful opportunity to prepare a response until April 27, 2023. This request is being made in good faith and not for the purpose of delay.

Dated this 24th day of April, 2023.

| H&P Law | Greenberg Traurig, LLP |
|---|---|
| /s/ Marjorie Hauf | /s/ Kara Hendricks |
| _____ | _____ |
| Marjorie Hauf, Esq. | Kara Hendricks, Esq. |
| Nevada Bar No. 8111 | Nevada Bar No. 07743 |
| Attorneys for Plaintiffs | Attorney for Defendants |

**IT IS SO ORDERED**.

Dated this 2nd day of May, 2023.

_____
DISTRICT COURT JUDGE