1 Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
2 Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
3 H&P LAW
710 S. 9th Street
4 Las Vegas, NV 89101
702 598 4529 TEL
5 702 598 3626 FAX
mhauf@courtroomproven.com
6 mpfau@courtroomproven.com

7 Attorneys for Plaintiffs,
*Elaine Braxton and D.N.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| **Elaine Braxton**, as natural parent, and guardian of **D.N.,** a minor, | Case No.: 2:23-00144-JAD-BNW |
| Plaintiff, vs. | **Stipulation and [Proposed] Order for filing of Second Amended Complaint and Response to Same** |
| **Clark County School District;** a Political Subdivision of the State of Nevada, **Jesus F. Jara,** in his individual and official capacity; **Kody Barto,** in his individual and official capacity; **Gayle Orvedal,** in her individual and official capacity; **Michelle Brown,** in her individual and official capacity; DOES I through X; and ROE CORPORATIONS I through X, inclusive, | **(1st Request)** |
| Defendants. | |

S

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel of record, as follows:

1. Per ECF No. 15, (Minutes of Proceedings of the Motion Hearing held on March 30, 2023), the above-entitled court dismissed multiple claims alleged in Plaintiffs' Complaint, without prejudice, and with leave to amend.
2. Pursuant to that ruling, Plaintiff filed a First Amended Complaint on April 20, 2023 (ECF No. 24).
3. Thereafter, on April 28, 2023, the Parties received the transcript relating to the March 30, 2023, hearing (ECF No. 27).
4. Plaintiff Elaine Braxton, as natural parent, and guardian of D.N., wishes to file a second amended Complaint to better reflect the March 3, 2023, hearing, more accurately.
5. Based on the forgoing, the Parties have stipulated and agreed that Plaintiff may file a second amended complaint on or before May 10, 2023, and that Defendants responsive pleading will be due on or before May 31, 2023.

IT IS SO STIPULATED

Dated this 4th day of May, 2023.

| H&P Law | Greenberg Traurig, LLP |
|---|---|
| /s/ Marjorie Hauf | /s/ Kara Hendricks |
| _____ | _____ |
| Marjorie Hauf, Esq. | Kara Hendricks, Esq. |
| Nevada Bar No. 8111 | Nevada Bar No. 07743 |
| Attorneys for Plaintiffs | Attorney for Defendants |

**IT IS SO ORDERED**.

DATED: May 5, 2023.

_____
DISTRICT COURT JUDGE