Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
H&P LAW
710 S. 9th Street
Las Vegas, NV 89101
702 598 4529 TEL
702 598 3626 FAX
mhauf@courtroomproven.com
mpfau@courtroomproven.com
Attorneys for Plaintiffs,
*Elaine Braxton and D.N.*

UNITED STATES DISTRICT COURT

CLARK COUNTY, NEVADA

* * *

| | |
|---|---|
| **Elaine Braxton**, individually and as natural parent and guardian of **D.N.**, a minor,<br><br>            Plaintiff,<br><br>  vs.<br><br>**Clark County School District;** a Political Subdivision of the State of Nevada, **Jesus F. Jara,** in his individual and official capacity; **Kody Barto,** in his individual and official capacity; **Gayle Orvedal,** in her individual and official capacity; **Michelle Brown,** in her individual and official capacity; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>            Defendants. | Case No.: 2:23-00144-JAD-BNW<br><br>**Stipulation and [Proposed] Order to Extend Discovery**<br><br>**(1st Request)** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by and through their respective counsel of record, that the discovery deadlines in this case be extended by sixty (60) days as follows:

## I.
## DISCOVERY COMPLETED

Defendants provided their Initial List Witness and Document Disclosure Pursuant to FRCP 26(a)(1) on April 6, 2023.

Plaintiff provided her Initial Witness and Document Disclosure Pursuant to FRCP 26(a)(1) on April 14, 2023.

## II.
## DISCOVERY THAT REMAINS TO BE COMPLETED

1. Written discovery;
2. Depositions of the parties;
3. Depositions of percipient witnesses;
4. Initial and rebuttal expert disclosures;
5. Depositions of expert witnesses; and
6. Any additional discovery that may arise.

## III.
## GOOD CAUSE EXISTS FOR THE REQUESTED EXTENSION

On April 20, 2023, Plaintiffs filed their first Amended Complaint. After discussions with Defense counsel, Plaintiffs agreed to further changes to the Complaint, and on May 10, 2023, Plaintiffs filed a Second Amended Complaint. On May 31, 2023, Defendants filed their Answer to Plaintiff's Second Amended Complaint.

With the resulting delay of the Amended Complaints and time taken for Defendants to prepare an Answer, discovery has fast approached. Currently, expert disclosures are due on July 21, 2023. This does not provide enough time to retain and prepare experts, along with further discovery preparation. Based on the fact that neither Plaintiffs nor Defendants have served any discovery thus far, there is good cause to extend deadlines sixty (60) days.

While the parties have been diligent in progressing this case, discovery is in the very beginning stages, as the Answer has just recently been filed. As such, additional time is needed to propound written discovery and take depositions prior to the retention and disclosure of expert witnesses. The parties therefore request a 60 day extension of the discovery deadlines.

## IV.

## PROPOSED SCHEDULE FOR COMPLETING DISCOVERY:

The parties have agreed to extend all of the discovery deadlines in this case by sixty (60) days, as set forth below:

| | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Close of discovery | September 19, 2023 | November 20, 2023 |
| Amend pleadings/add parties | July 21, 2023 | September 19, 2023 |
| Plaintiff's and Defendants' Experts disclosures | July 21, 2023 | September 19, 2023 |
| Rebuttal expert disclosures | August 21, 2023 | October 20, 2023 |
| Dispositive motions | October 19, 2023 | December 18, 2023 |
| Pre-Trial Order | November 20, 2023, or, if dispositive motions are filed, 30 days from the entry of the court's ruling on the motions. | January 19, 2024, or, if dispositive motions are filed, 30 days from the entry of the court's ruling on the motions. |

STIPULATION AND ORDER

| Pretrial Disclosures or Objections to the Pretrial Order | January 19, 2024, or 30 days after the filing of the joint pretrial order | February 19, 2024, or 30 days after the filing of the joint pretrial order |
|---|---|---|

Dated this ____ day of June, 2023.

| H&P Law | Greenberg Traurig, LLP |
|---|---|
| /s/ Marjorie Hauf | /s/ Kara Hendricks |
| _____ | _____ |
| Marjorie Hauf, Esq. | Kara Hendricks, Esq. |
| Nevada Bar No. 8111 | Nevada Bar No. 07743 |
| Attorneys for Plaintiffs | Attorney for Defendants |

## ORDER

IT IS SO ORDERED that the discovery deadlines in this matter are extended as follows:

|  | **NEW DEADLINE** |
|---|---|
| Close of discovery | November 20, 2023 |
| Amend pleadings/add parties | September 19, 2023 |
| Plaintiff's and Defendants' Experts disclosures | September 19, 2023 |
| Rebuttal expert disclosures | October 20, 2023 |
| Dispositive motions | December 18, 2023 |
| Pre-Trial Order | January 19, 2024, or, if dispositive motions are filed, 30 days from the entry of the |

| | |
|---|---|
| | court's ruling on the motions. |
| Pretrial Disclosures or Objections to the Pretrial Order | February 19, 2024, or 30 days after the filing of the joint pretrial order |

**IT IS SO ORDERED.**
DATED: June 5, 2023

_____
DISTRICT COURT JUDGE