1  Marjorie L. Hauf, Esq.
   Nevada Bar No.: 8111
2  Matthew G. Pfau, Esq.
   Nevada Bar No.: 11439
3  H&P LAW
   710 S. 9th Street
4  Las Vegas, NV 89101
   702 598 4529 TEL
5  702 598 3626 FAX
   mhauf@courtroomproven.com
6  mpfau@courtroomproven.com

7  Attorneys for Plaintiffs,
   *Elaine Braxton and D.N.*

8              UNITED STATES DISTRICT COURT

9                  DISTRICT OF NEVADA

10                        * * *

11 **Elaine Braxton**, individually and as        Case No.: 2:23-00144-JAD-BNW
   natural parent and guardian of **D.N.,**
12 a minor,

13                                              **Stipulation and [Proposed] Order to
                                                Extend Deadline for Plaintiff to File
                Plaintiff,                      Reply in Support to Plaintiffs 'Motion
14                                                      to Amend Complaint**
     vs.
15                                                       **(1st Request)**

16 **Clark County School District;** a
   Political Subdivision of the State of
17 Nevada, **Jesus F. Jara,** in his
   individual and official capacity; **Kody**
18 **Barto,** in his individual and official
   capacity; **Gayle Orvedal,** in her
19 individual and official capacity;
   **Michelle Brown,** in her individual
20 and official capacity; DOES I through
   X; and ROE CORPORATIONS I through
21 X, inclusive,

22
23
                Defendants.
24
25 **S**

26

27     IT IS HEREBY STIPULATED by and between the parties hereto, through their

28 respective counsel of record, that the deadline for Plaintiff to file their Reply in

Support to Plaintiff's Motion to Amend Complaint (ECF 37) be extended until August 7, 2023. Plaintiffs' Reply in Support is currently due on July 20, 2023. Plaintiffs are requesting an extension to accommodate Plaintiffs' counsel's schedule, which does not provide a meaningful opportunity to prepare a response until August 7, 2023. This request is being made in good faith and not for the purpose of delay.

Dated this 17th day of July, 2023.

H&P Law                                       Greenberg Traurig, LLP

/s/ Marjorie Hauf                              /s/ Kara Hendricks

_____                        _____

Marjorie Hauf, Esq.                            Kara Hendricks, Esq.
Nevada Bar No. 8111                            Nevada Bar No. 07743
Attorneys for Plaintiffs                       Attorney for Defendants

**ORDER**

**IT IS SO ORDERED**

**DATED:** 9:06 am, July 19, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

STIPULATION