MARK E. FERRARIO
Nevada Bar No. 01625
KARA B. HENDRICKS
Nevada Bar No. 07743
CHRISTIAN T. SPAULDING
Nevada Bar No. 14277
**GREENBERG TAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Telephone:  (702) 792-3773
Facsimile:   (702) 792-9002
Email:     ferrariom@gtlaw.com
               hendricksk@gtlaw.com
               spauldingc@gtlaw.com
*Counsel for Defendants, Clark County School District, Jesus Jara, Michelle Brown, Kody Barto and Gayle Orvedal*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELAINE BRAXTON, individually and as natural parent and guardian of D.N., a minor,<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT; a Political Subdivision of the State of Nevada, JESUS F. JARA, in his individual and official capacity; KODY BARTO, in his individual and official capacity; GAYLE ORVEDAL, in her individual and official capacity, MICHELLE BROWN, in her individual and official capacity; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO. 2:23-cv-00144-JAD-MDC<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO FILE REPLY IN SUPPORT OF MOTION TO DISQUALIFY COUNSEL**<br>**(ECF NO. 61)** |

/ / /

/ / /

/ / /

/ / /

1

ACTIVE 697289693v1

Plaintiff, Elaine Braxton, individually and as natural parent and guardian of D.N., and Defendants Clark County School District ("CCSD"), Jesus Jara ("Jara"), Kody Barto ("Barto"), Gayle Orvedal ("Orvedal"), and Michelle Brown ("Brown") (referred collectively herein as "CCSD Defendants" or "Defendants"), by and through their attorneys hereby stipulate to extend the deadline for Defendants to file their Reply in Support of Defendants' Motion to Disqualify Counsel (ECF No. 61) (the "Motion").

Defendants filed their Motion on March 20, 2024, and Plaintiff filed a Response to the Motion on April 8, 2024. ECF Nos. 61, 67. Defendants' deadline to file a reply in support of the Motion is April 15, 2024. Through this Stipulation, the parties have agreed to extend Defendants' deadline to file a reply brief until April 22, 2024. This Stipulation is being made in good faith and not for the purpose of delay.

**IT IS SO STIPULATED.**

DATED this 15th day of April 2024

**H&P LAW**

/s/ *Marjorie L. Hauf*
MARJORIE L. HAUF, ESQ.
Nevada Bar No. 08111
MATTHEW G. PFAU, ESQ.
Nevada Bar No. 11439
710 S Ninth Street
Las Vegas, Nevada  89101
*Counsel for Plaintiff, Elaine Braxton as natural parent and guardian of D.N., a minor*

DATED this 15th day of April 2024.

**GREENBERG TRAURIG, LLP**

/s/ *Kara B. Hendricks*
MARK E. FERRARIO
Nevada Bar No. 01625
KARA B. HENDRICKS
Nevada Bar No. 07743
CHRISTIAN T. SPAULDING
Nevada Bar No. 14277
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
*Counsel for Defendants, Clark County School District, Jesus Jara, Michelle Brown, Kody Barto and Gayle Orvedal*

ACTIVE 697289693v1

## ORDER

Upon consideration of the foregoing and good cause appearing therefore, Defendants' deadline to file a reply in support of the Motion to Disqualify Counsel (ECF No. 61) shall be extended to **April 22, 2024**.

**IT IS SO ORDERED.**

DATED this __18th__ day of April, 2024.

_____
United States Magistrate Judge

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135
Telephone: (702) 792-3773 / Facsimile: (702) 792-9002

3

ACTIVE 697289693v1