# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Elaine Braxton, as natural parent and guardian on behalf of D.N., <br><br> Plaintiff(s), <br><br> vs. <br><br> Clark County School District, et al., <br><br> Defendant(s). | 2:23-cv-00144-JAD-MDC <br><br> **Order Setting Hearing** |

  IT IS SO ORDERED that the parties shall appear in-person on **June 3, 2024 at 11:00am in Courtroom 3C** for a motion hearing on defendants' *Motion To Disqualify Counsel.* ECF No. 61.

  IT IS FURTHER ORDERED that attorney Fikisha Miller MUST be present at the hearing, IN ADDITION to one of the appearing attorneys on the case (either Marjorie Hauf or Matthew Pfau).

  It is so ordered.

  Dated this 3rd day of May 2024.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge