# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Elaine Braxton,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>Clark County School District, et al.,<br><br>　　　　　Defendant(s). | 2:23-cv-00144-JAD-MDC<br><br>**Order Resetting Hearing (Amends ECF No. 72)** |

The Court has a scheduling conflict on June 3, 2024, and thus continues the prior scheduled hearing. ECF No. 72

**IT IS ORDERED** that:

1. The in-person hearing is continued to **9:00am on June 5, 2024.**

2. A request for an exception to the attendance requirements must be filed in the form of a motion or a stipulation within one week of this order.

3. The rest of the Court's prior order (ECF No. 72) remains in full effect.

Dated this 20th day of May 2024.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Maximiliano D. Couvillier III
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge