Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
H&P LAW
710 S. 9th Street
Las Vegas, NV 89101
702 598 4529 TEL
702 598 3626 FAX
mhauf@courtroomproven.com
mpfau@courtroomproven.com
Attorneys for Plaintiffs,
*Elaine Braxton and D.N.*

UNITED STATES DISTRICT COURT

CLARK COUNTY, NEVADA

* * *

| | |
|---|---|
| **Elaine Braxton**, individually and as natural parent and guardian of **D.N.**, a minor,<br><br>Plaintiff,<br><br>vs.<br><br>**Clark County School District;** a Political Subdivision of the State of Nevada, **Jesus F. Jara,** in his individual and official capacity; **Kody Barto,** in his individual and official capacity; **Gayle Orvedal,** in her individual and official capacity; **Michelle Brown,** in her individual and official capacity; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-00144-JAD-MDC<br><br>**Stipulation and [Proposed] Order to Continue Hearing on Defendants' Motion to Disqualify [ECF No. 72]** |

Plaintiff's Counsel, Marjorie Hauf, Esq., will be in a hearing in State Court at 9:00 a.m. on June 5, 2024, and is unable to move it to a later date or time.

Plaintiff's Counsel, Matthew Pfau, Esq., is out of office from June 4, 2024, through June 7, 2024, acting as chaperone on a religious retreat.

Plaintiff's Counsel, Marjorie Hauf, Esq., and Defendants' Counsel are available

in the afternoon of June 5, 2024, if the Court is so available. The Court has also indicated that it will be available on July 2, 2024.

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by and through their respective counsel of record, that the hearing on Defendants' Motion to Disqualify [ECF No. 72], currently set for June 5, 2024, at 9:00 a.m., be moved to that afternoon or to any time the Court is available on July 2, 2024.

Dated this 17th day of June, 2024.

| H&P Law | Greenberg Traurig, LLP |
|---|---|
| /s/ Marjorie Hauf | /s/ Kara Hendricks |
| _____ | _____ |
| Marjorie Hauf, Esq. | Kara Hendricks, Esq. |
| Nevada Bar No. 8111 | Nevada Bar No. 07743 |
| Attorneys for Plaintiffs | Attorney for Defendants |

**Order**

**IT IS HEREBY ORDERED** the Hearing on Defendants' Motion to Disqualify [ECF No. 72] be continued to 3:30pm on June 5, 2024.

**IT IS SO ORDERED.**

Dated this 3rd day of June, 2024.

_____
United States Magistrate Judge