UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Elaine Braxton, as natural parent and guardian of D.N., <br><br>  Plaintiff <br><br> v. <br><br> Clark County School District, et al., <br><br>  Defendants | Case No.: 2:23-cv-00144-JAD-MDC <br><br> **Order Adopting Report and Recommendation re: Attorney Disqualification** <br><br> [ECF Nos. 61, 80] |

In this action alleging abuse of a Clark County School District student, the defendants move to disqualify the law firm representing the plaintiff based on the fact that former CCSD Assistant General Counsel and Chief Negotiator Fikisha Miller, Esq., has left the district and been hired on by the firm.[1] The magistrate judge conducted a hearing on the motion and now recommends it be granted in part.[2] The deadline to object to that recommendation was June 20, 2024, which passed with no objection or request to extend the deadline to file one. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3] Accordingly,

IT IS HEREBY ORDERED THAT the report and recommendation **[ECF No. 80] is ADOPTED**, and the motion to disqualify counsel **[ECF No. 61] is GRANTED in part. The H&P Law Firm must continue to screen Fikisha Miller, Esq., from this case and she can be**

---

[1] ECF No. 61.

[2] ECF No. 80.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

**apportioned no part of any fee therefrom.  The motion is denied in all other respects, and plaintiff's request for fees [ECF No. 67] is DENIED.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 24, 2024