MARK E. FERRARIO
Nevada Bar No. 01625
KARA B. HENDRICKS
Nevada Bar No. 07743
**GREENBERG TAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Telephone:  (702) 792-3773
Facsimile:   (702) 792-9002
Email:   ferrariom@gtlaw.com
            hendricksk@gtlaw.com

*Counsel for Defendants, Clark County School District, Jesus Jara, Michelle Brown, Kody Barto and Gayle Orvedal*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELAINE BRAXTON, individually and as natural parent and guardian of D.N, a minor,<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT; a Political Subdivision of the State of Nevada, JESUS F. JARA, in his individual and official capacity; KODY BARTO, in his individual and official capacity; GAYLE ORVEDAL, in her individual and official capacity, MICHELLE BROWN, in her individual and official capacity; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO. 2:23-cv-00144-JAD-BNW |

## STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

It is hereby STIPULATED AND AGREED between Plaintiff, ELAINE BRAXTON, individually and as natural parent and guardian of D.N., a minor ("Plaintiff"), and Defendants CLARK COUNTY SCHOOL DISTRICT, JESUS F. JARA, KODY BARTO, GAYLE ORVEDAL, and MICHELLE BROWN (collectively, "Defendants"), by and through their

ACTIVE 709352069v1

attorneys of record that, in accordance with Fed.R.Civ.P. 41(a)(2), all claims asserted against the Defendants herein are dismissed with prejudice, with each party to bear their own fees and costs.

**IT IS SO STIPULATED.**

DATED this 14th day of April 2025.              DATED this 14th  day of April 2025.

**GREENBERG TRAURIG, LLP**                      **H&P LAW**

By: */s/ Kara B. Hendricks*                    By: */s/ Marjorie Hauf*
   MARK F. FERRARIO                                MARJORIE HAUF
   Nevada Bar No. 01625                            Nevada Bar No. 08111
   KARA B. HENDRICKS                               MATTHEW G. PFAU, ESQ.
   Nevada Bar No. 07743                            Nevada Bar No. 11439
   10845 Griffith Peak Drive, Suite 600            710 S. 9th Street
   Las Vegas, Nevada  89135                        Las Vegas, Nevada  89101

   **Counsel for Defendants,** *Clark              **Counsel for Plaintiff**
   County School District, Jesus Jara,
   Michelle Brown, Kody Barto and
   Gayle Orvedal*

### ORDER

Based on the parties' stipulation **[ECF No. 90]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 16, 2025